# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2020 WY 138

*October Term, A.D. 2020*

*November 6, 2020*

| | |
|---|---|
| **ARLIS JACOB DRAVES, JR.,** | |
| **Appellant**<br>**(Defendant),** | |
| **v.** | **S-20-0141** |
| **THE STATE OF WYOMING,** | |
| **Appellee**<br>**(Plaintiff).** | |

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT & SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to (1) strangulation of a household member and (2) misdemeanor domestic battery.  Wyo.Stat.Ann. § 6-2-509(a)(i); Wyo.Stat.Ann. § 6-2-511.  On the felony, the district court imposed a four to eight-year sentence, which was suspended in favor of a split sentence that includes three years of probation.  Appellant filed this appeal to challenge the district court's May 4, 2020, "Judgment & Sentence."

[¶ 2]   On August 19, 2020, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently ordered that Appellant may "file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal.  This Court notes Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's "Judgment & Sentence" should be affirmed.  It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Arlis Jacob Draves, Jr., is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Goshen County District Court's May 4, 2020, "Judgment & Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 4th day of November, 2020.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**